IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT G. MARININ,
        Plaintiff,

vs.                                          Case No.: 3:09cv173/MCR/EMT

RENEE GIBSON,
        Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action
by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  On April 23, 2009, this court
entered an order giving Plaintiff thirty (30) days in which to file an amended complaint  (Doc. 4).
Plaintiff failed to respond to the order; therefore, on May 28, 2009, the court issued an order
requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed
for failure to comply with an order of the court (Doc. 6).  The time for compliance with the show
cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an
order of the court.

        At Pensacola, Florida, this 22nd day of June 2009.


                                /s/ Elizabeth M. Timothy
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** <u>**United States v. Roberts**</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**